JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AVILA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VITAL PHARMACEUTICALS,<br><br>　　　　　Defendant. | Case No.<br>CV 12-03823 JGB (SHx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 21, 2013

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
JESUS G. BERNAL
United States District Judge