JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL AVILA, | Case No. CV 12-03823 JGB (SHx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| VITAL PHARMACEUTICALS, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 21, 2013

JESUS G. BERNAL
United States District Judge